01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  CHARLES O'CAIN,                          )    CASE NO. C05-2124-JCC-MAT
                                             )
09          Plaintiff,                       )
                                             )
10      v.                                   )
                                             )    ORDER DENYING JOINT MOTION
11  STEPHANIE MURRAY, et al.,                )    AND AGREED ORDER TO ALTER
                                             )    DEADLINES
12          Defendants.                      )
    _____ )
13

14          This is a *pro se* civil rights action under 42 U.S.C. § 1983.  Plaintiff alleges in his complaint

15  that defendant Stephanie Murray, a Corrections Program Specialist at the King County Regional

16  Justice Center ("RJC"), interfered with private phone calls between plaintiff and his attorney.

17  Plaintiff further alleges that the King County Jail has a custom and policy of supervising all

18  attorney calls for inmates on phone deadlock, and that deadlock inmates therefore have no private

19  call privileges with their attorneys.

20          On April 20, 2006, the Court issued an Order Re: Pretrial Preparations in which it

21  established certain pretrial deadlines.  Among the deadlines set by the Court was a September 20,

22  2006, deadline for the parties to submit their joint pretrial statement to the Court.  The parties

ORDER DENYING JOINT MOTION
AND AGREED ORDER TO ALTER DEADLINES
PAGE -1

01  failed to comply with that deadline and, thus, the Court issued an Order on October 2, 2006, in

02  which it directed the parties to submit their joint pretrial statement not later than November 15,

03  2006.

04         On October 17, 2006, the parties filed a document entitled "Joint Motion and Agreed

05  Order to Alter Deadlines."  In that document, the parties represented to the Court that upon

06  meeting to confer regarding the joint pre-trial statement, plaintiff expressed an interest in amending

07  his complaint and defendants agreed not to object so long as all other deadlines relevant to an

08  amended complaint were altered.  On October 24, 2006, the Court received from plaintiff a

09  proposed amended complaint. Plaintiff, by way of his proposed amended complaint, seeks to add

10  the following new defendants to this action: Sue Rahr, King County Sheriff; Reed Holtgeerts,

11  Director of the King County Department of Adult and Juvenile Detention (KCDAJD); Hikari

12  Tamura, identified only as the "Chief of Administration"; and, Bob Deneui, Corrections Program

13  Administrator Supervisor at the RJC.

14         In order to sustain a civil rights action, a plaintiff must show (1) that he suffered a violation

15  of rights protected by the Constitution or created by federal statute, and (2) that the violation was

16  proximately caused by a person acting under color of state or federal law. *See Crumpton v. Gates*,

17  947 F.2d 1418, 1420 (9th Cir. 1991).  To satisfy the second prong, plaintiff must allege facts

18  showing how individually named defendants caused or personally participated in causing the harm

19  alleged in the complaint. *See Arnold v. IBM*, 637 F.2d 1350, 1355 (9th Cir. 1981).  A defendant

20  cannot be held liable solely on the basis of supervisory responsibility or position.      *Monell v.*

21  *Department of Social Servs., of City of New York*  , 436 U.S. 658, 691-694 (1978).  Rather, a

22  plaintiff must allege that a defendant's own conduct violated the plaintiff's civil rights. *City of*

ORDER DENYING JOINT MOTION
AND AGREED ORDER TO ALTER DEADLINES
PAGE -2

01   *Canton, Ohio v. Harris*, 489 U.S. 378, 385-90 (1989).

02       While plaintiff suggests that the proposed new defendants were somehow responsible for

03 the constitutional violations alleged in his proposed amended complaint, he alleges no facts

04 demonstrating that any of these individuals personally participated in causing him harm of

05 constitutional dimensions.  As plaintiff has not adequately alleged a cause of action against any of

06 the proposed new defendants, plaintiff will not be permitted to amend his complaint.  And, since

07 plaintiff will not be permitted to amend his complaint, there is no reason to alter the Court's

08 previously established deadlines, with the exception of the deadline for the filing of the joint

09 pretrial statement.

10       Accordingly, the Court does hereby ORDER as follows:

11     (1)     The parties' joint motion and agreed order to alter deadlines (Dkt. No. 29) is

12          DENIED.

13     (2)     The parties are directed to file their joint pretrial statement not later than

14          ***January 16, 2007***.

15     (3)     The Clerk shall send copies of this Order to plaintiff, to counsel for defendants,

16          and to the Honorable John C. Coughenour.

17       DATED this <u>30th</u> day of November, 2006.

18

19                           Mary Alice Theiler

20                           United States Magistrate Judge

21

22

ORDER DENYING JOINT MOTION
AND AGREED ORDER TO ALTER DEADLINES
PAGE -3