THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES O'CAIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE MURRAY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C05-2124-JCC<br><br>ORDER |

　　　This Court, having reviewed Plaintiff's complaint, Defendant's motion for summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

　　(1)　The Court ADOPTS the Report and Recommendation (Dkt. No. 68);

　　(2)　Defendants' motion for summary judgment is GRANTED (Dkt. No. 55);

　　(3)　Plaintiff's complaint (Dkt. No. 6) is DISMISSED with prejudice; and

　　(4)　The Clerk is respectfully directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Theiler.

//
//
//
//

1    DATED this 17th day of December 2013.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2